1 | Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
2 | First Library Square
1114 Fremont Avenue
3 | South Pasadena, CA 91030-3227

4 | Tel:  626-799-9797
Fax: 626-799-9795
5 | TPRLAW@att.net

6 | Attorneys for Plaintiff
Innovative Sports Management, Inc.

7 |

8 | UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

9 |

10 | Innovative Sports Management, Inc.,              CASE NO. 2:13-cv-02536-TJH-PLA

11 |                    Plaintiff,                    [Proposed] ORDER GRANTING
                                                     STIPULATION OF DISMISSAL OF
12 |         vs.                                      PLAINTIFF'S COMPLAINT AGAINST
                                                     DEFENDANT MARIO JAVIER
13 |                                                  MAZARIEGOS, individually and d/b/a EL
Mario Javier Mazariegos,                             CHIPILIN RESTAURANT   (18)
14 |
                    Defendant.
15 |

16 |

17 |         IT IS HEREBY STIPULATED by and between Plaintiff INNOVATIVE SPORTS

18 | MANAGEMENT, INC. and MARIO JAVIER MAZARIEGOS, individually and d/b/a EL CHIPILIN

19 | RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against

20 | MARIO JAVIER MAZARIEGOS, individually and d/b/a EL CHIPILIN RESTAURANT, and subject

21 | to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

22 |         IT IS FURTHER STIPULATED that provided no Party referenced above has filed a

23 | motion to reopen this action by October 15, 2014, the dismissal shall be deemed to be **with**

24 | **prejudice**.

25 | ///

26 | ///

27 | ///

28 | ///

1       This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party

2   referenced above shall bear its own attorneys' fees and costs.

3

4

5   **IT IS SO ORDERED:**

6

7

8

                                      Dated:  May 28, 2014

9   **The Honorable Terry J. Hatter, Jr.**

10  **United States District Court**
    **Central District of California**

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

STIPULATION OF DISMISSAL
2:13-cv-02536-TJH-PLA
PAGE 2